IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELTHENIA LAVON MASSEY,

     Plaintiff,                                CIV S-07-0454 MCE KJM PS

    vs.

WEST ASSET MANAGEMENT, INC., et al.,

     Defendants.                          <u>ORDER</u>

            Plaintiff is proceeding pro se. Plaintiff has filed an in forma pauperis affidavit in which she states that she is presently employed and that her gross monthly earnings are $1,900.00. Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a). The amount of plaintiff's earnings shows that plaintiff is able to pay the filing fee and costs. Thus, plaintiff has made an inadequate showing of indigency. <u>See</u> <u>Alexander v. Carson Adult High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993); <u>California Men's Colony v. Rowland</u>, 939 F.2d 854, 858 (9th Cir. 1991); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994). Plaintiff will therefore be granted twenty days in which to submit the appropriate filing fee to the

1  Clerk of the Court.  Plaintiff is cautioned that failure to pay the fee will result in a
2  recommendation that the application to proceed in forma pauperis be denied and the instant
3  action be dismissed without prejudice.
4        Plaintiff is cautioned that in any event her action may not be able to proceed in
5  this court.  The federal courts are of limited jurisdiction.  There is no basis for subject matter
6  jurisdiction evident in the complaint.  If plaintiff chooses to not proceed in this forum, she need
7  not pay the fee.
8        Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date
9  of this order, plaintiff shall submit the appropriate filing fee or face dismissal of this action.
10 DATED:  April 5, 2007.

_____
U.S. MAGISTRATE JUDGE

006
massey.den